ROSS *v.* SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.

No. 513, Misc.   Decided June 30, 1958.*

Petitioners *pro se.*

*John J. O'Connell,* Attorney General of Washington, and *Michael R. Alfieri,* Assistant Attorney General, for respondent in No. 596, Misc.

PER CURIAM.

The motions for leave to proceed *in forma pauperis* and the petitions for writs of certiorari are granted. The judgments of the Supreme Court of Washington are vacated and the cases are remanded for consideration in light of *Eskridge* v. *Washington State Prison Board, ante,* p. 214.

---

*Together with No. 596, Misc., *Woods* v. *Rhay, Superintendent, Washington State Penitentiary,* also on petition for writ of certiorari to the same Court.